**Exhibit A to the Complaint**

**Location:** Austin, TX  
**Total Works Infringed:** 27  
**IP Address:** 23.127.77.96  
**ISP:** AT&T U-verse

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 34F1BD82F61B7AECAE65BF2B8BB5E672153A337B<br>File Hash:<br>BC9AB74CD3A013607619CAA80E09F47939A9064E7343B80E6B32CCE0D9D3B328 | 01-16-2023 17:24:43 | Blacked Raw | 01-14-2023 | 01-27-2023 | PA0002393084 |
| 2 | Info Hash: DE4BFD9981AE2FA924ADF2D0ADDA49B0C5C375E3<br>File Hash:<br>E4A369D47950EE33662F9F45B1B821BD525AE5E2EA32DF82EC51289A45FC48FE | 12-19-2022 21:17:12 | Blacked | 12-17-2022 | 01-10-2023 | PA0002389619 |
| 3 | Info Hash: 424E25F5F6CFD14F9BD8C913A91508F40C54F7F0<br>File Hash:<br>2E4F0C2871623C3408F8F710AC2F53E0F68E8E398E0D53798092ACC7C9F1BFA4 | 12-07-2022 20:13:50 | Blacked Raw | 12-05-2022 | 01-10-2023 | PA0002389624 |
| 4 | Info Hash: F6258E0BEBA58E3EB038EA41D51919ED7AE101BF<br>File Hash:<br>B2F1872CD8202F3FAF7BDB3FF46F33698315112D32C4C7D83EC78A205C4DABDC | 11-28-2022 18:35:34 | Tushy | 11-20-2022 | 12-11-2022 | PA0002384715 |
| 5 | Info Hash: 5C1D84B8EE66AA95473A12F7D5A7612D9B4D375C<br>File Hash:<br>4C5E775EEBDE716DA30F22E2C79DB0F8FC6CB1A39E29CBCB5B49EAF97FBB323A | 11-06-2022 20:21:07 | Vixen | 11-04-2022 | 12-11-2022 | PA0002384755 |
| 6 | Info Hash: 814484C23BB60ED37930F523355A7914A06C6B47<br>File Hash:<br>FCFD911170183C1B07B17680628BF5E8E66B6496AB8E2432DFD77B60F486A3D2 | 11-02-2022 22:40:20 | Vixen | 07-23-2017 | 08-10-2017 | PA0002046877 |
| 7 | Info Hash: C50F90F5C52D0EF98AF8FCB8DFA605B3EA200FBF<br>File Hash:<br>FF3BC0768BBFC3B19053BD8540A326DAB4EEB760022FD41C7323A95403E824D6 | 10-30-2022 22:44:00 | Vixen | 08-26-2022 | 10-05-2022 | PA0002373767 |
| 8 | Info Hash: C54512672AB83C2172E5AA6AA335CF2359A7F73A<br>File Hash:<br>0D646A9B3E18B1E6E11CE6B043DE5954FBA5D7F9261E23C530E691CC978F3758 | 10-30-2022 22:19:01 | Vixen | 10-28-2022 | 12-11-2022 | PA0002384773 |
| 9 | Info Hash: 40C2E7E796AB9700C7722910C2D772D72077A39C<br>File Hash:<br>CAD74A769FFAF5260B68E5260185FCE0455E0154F544BD93F021C542F6BD0491 | 10-29-2022 18:01:19 | Blacked Raw | 10-26-2022 | 11-01-2022 | PA0002378070 |
| 10 | Info Hash: 3BA07A5A0626425EACAEC907C781A5E28FB2871E<br>File Hash:<br>185BCC2603876AECECA7CEB4F73D04DAE6B398D5C7BEE77C5EAA6C8D28CD4F27 | 10-28-2022 03:34:59 | Blacked | 07-02-2022 | 07-22-2022 | PA0002359461 |
| 11 | Info Hash: 735819ADA24E184D8BDBA72736218DB712B594B0<br>File Hash:<br>120692D63A55EFA9702C09891046468B18482696639B3F0C823F1C4E6239A9E7 | 10-22-2022 17:32:57 | Tushy | 09-25-2022 | 10-05-2022 | PA0002373771 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 7C805125B9931DC9B881E6AA9A14003D9ADD72FB<br>File Hash: C92F531F420CA4C3D2F37137720823E4C4F393E2199BEAEB86E88D16F74BCD03 | 10-09-2022 00:04:07 | Blacked Raw | 10-06-2022 | 11-01-2022 | PA0002378072 |
| 13 | Info Hash: 3BA0D3954BC406710F062C5979ECD9BF8A91237F<br>File Hash: B63705671B499FF06D1B96A11375F61E4779F02BDD1B90F8F602397FB45E1F1E | 10-06-2022 20:23:22 | Blacked Raw | 10-01-2022 | 10-31-2022 | PA0002377811 |
| 14 | Info Hash: B26FC12DD51771112C0FE5A31CF1B65C0C20A778<br>File Hash: 3C1A3A60EB53BB181EF24EB80CC6FF0C10C0E7D58A924506F089B6B27A57A289 | 09-26-2022 19:53:52 | Blacked | 09-17-2022 | 10-05-2022 | PA0002373760 |
| 15 | Info Hash: 99887C9578C10A436D1B4E74B813254B62C017AC<br>File Hash: B9118A03F3E33BEBD15047E049B61017266ADA636A464187A5A78BA840982388 | 09-26-2022 19:50:21 | Blacked Raw | 09-21-2022 | 10-05-2022 | PA0002373950 |
| 16 | Info Hash: 8A5A466398568BE5972C507767930D7F8F5B37AA<br>File Hash: 056528E87248DB8C9FC9DC64036527838117EFD5149DD075B706CAFA8F8D1FDF | 09-11-2022 21:34:39 | Blacked | 11-01-2018 | 11-25-2018 | PA0002136644 |
| 17 | Info Hash: 12E82E22123F4B517494486EA67E9933AF1E9A95<br>File Hash: 9E3D5E338000A79DA71BB31B5ADA7866B2AFF776E40CC5BEC76205896F517B84 | 08-31-2022 16:25:33 | Blacked | 08-27-2022 | 10-05-2022 | PA0002373768 |
| 18 | Info Hash: 7BF563B4F703F30A3EA277ED404C6F7E8DC9BA49<br>File Hash: 82194F9E0BA7E53546EC8BDF80B7B7899ACA230C8F95826FB3E17AB10A5EBCBE | 08-18-2022 22:24:35 | Blacked Raw | 08-08-2022 | 08-30-2022 | PA0002367749 |
| 19 | Info Hash: DA9611E9C7E846C569D5C06970789091CF2B3B44<br>File Hash: D150538D71C52F360C335808651D9C366B117C599BC5659BCF12E09496EEA6CD | 08-18-2022 22:13:56 | Blacked Raw | 08-15-2022 | 08-29-2022 | PA0002367735 |
| 20 | Info Hash: 3344C8CDFF9B33348E149E2D460B5D0E8B75DAAD<br>File Hash: 23CE6E0056F366425418B280EC88830ACA49AC1CD615D692EA984E455F913557 | 08-10-2022 03:29:49 | Vixen | 08-05-2022 | 08-29-2022 | PA0002367737 |
| 21 | Info Hash: 97E745DBCA3A5ABB0C4DF155BF57BC99DB12CAC2<br>File Hash: B91659FD65466E2815B3953087174BB6E3B5BC17921F9F1EFD17A5F646774951 | 07-12-2022 19:15:40 | Blacked | 07-09-2022 | 07-22-2022 | PA0002359462 |
| 22 | Info Hash: 3C40112BBB34B6425E0BB15D1CC96F6577C75FE6<br>File Hash: 59087FC152B8797097A729011C15792EC27A22349456DF586B17473056754AB8 | 04-29-2022 18:22:32 | Blacked Raw | 12-03-2017 | 01-04-2018 | PA0002097460 |
| 23 | Info Hash: 9854BD9F9D15E6CAB0E441F29C3A939CECB90B01<br>File Hash: 9700672433356F8B1439FE7A6121D986D18E7106E4D26190A296C4EE36932BB0 | 04-18-2022 16:04:05 | Blacked | 04-16-2022 | 04-23-2022 | PA0002346424 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: B1EDE7608353AC629674C063D98C5805C47B0A54<br>File Hash: CB024A1E7CEB51E3DD8A6EFAD07F79A295005892776D287284BA877AE6F1754E | 04-11-2022 01:09:17 | Vixen | 04-08-2022 | 05-20-2022 | PA0002350388 |
| 25 | Info Hash: B82C01991EEB4A25F31C65FF84CDC8CB1B253F59<br>File Hash: CF5A358526923E89773249E53032E4B840AE51281850ABEE0268E3D4A18164A7 | 04-08-2022 23:19:29 | Vixen | 02-04-2022 | 02-14-2022 | PA0002335462 |
| 26 | Info Hash: BE6E40F6DBD2FB3B34548943807FC91326B23F61<br>File Hash: 9C00884497673588500F0F20868BFA3CF90FFF0A3F6873C0C5BA1920753B9F8E | 04-06-2022 00:21:13 | Vixen | 04-19-2017 | 06-16-2017 | PA0002069291 |
| 27 | Info Hash: F1E8E40B9082FAE2F594FF8C66B57DE04CD2C1DB<br>File Hash: A589853FE589838D31AFFDAEA90FDE0BE0A9010F94DA2DA8824EAC909D852127 | 04-04-2022 03:42:34 | Blacked Raw | 06-07-2021 | 06-15-2021 | PA0002296926 |