UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § § § § | |
| Plaintiff, | | |
| v. | § § § | Civil Case No.   1:23-cv-00146-RP |
| JOHN DOE, subscriber assigned IP address 23.127.77.96, | § § § § | |
| Defendant. | § | |

**[PROPOSED] ORDER ON DEFENDANT DOE 23.127.77.96'S MOTION TO DISMISS UNDER RULE 12(B)(6), AND MOTION FOR A MORE DEFINITE STATEMENT**

**THIS CAUSE** came before the Court upon Defendant Doe's 23.127.77.96's Motion to Dismiss Under Rule 12(b)(6), and Motion for a More Definite Statement ("Motion"), D.E. 13, and the Court being duly advised in the premises does hereby:

**FIND, ORDER AND ADJUDGE:**

1. The Motion is DENIED.

**DONE AND ORDERED** this ___ day of _____, 202__.

By: _____
**HON. ROBERT PITMAN**
**UNITED STATES DISTRICT JUDGE**